UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GABRIEL LEE CLAYCAMP,<br><br>Plaintiff,<br><br>vs.<br><br>LALO TRUCKING, INC., a foreign corporation transacting business in the state of Washington, and EDWIN PEREZ and JANE DOE PEREZ, individually, and the marital community composed thereof, and JOHN DOE 1-5, entities or individuals, jointly and severally,<br><br>Defendants. | No. 2:22-cv-00292-RSL<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

The parties, by and through counsel, agree and stipulate that this action should be dismissed, with prejudice, with each party bearing their own fees and costs, having reached and perfected a settlement to resolve the case.

/ / /

/ / /

/ / /

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE -Page 1
Cause No. 2:22-cv-00292- RSL

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED: December 20, 2022.

By: */s/Heather Webb*
Heather Webb, WSBA No. 39257
Attorneys for Plaintiff


By: *s/ Jeff M. Sbaih*
Dylan E. Jackson, WSBA No. 29220
Jeff M. Sbaih, WSBA No. 51551
Attorney for Defendants

### ORDER OF DISMISSAL

Based on the above Stipulation, IT IS ORDERED as follows:

1. This action is dismissed with prejudice; and

2. Each party shall bear its own attorney's fees and costs.

Dated this 21st day of December, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE -Page 2
Cause No. 2:22-cv-00292- RSL

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273